# Court of Appeals
# of the State of Georgia

ATLANTA,    March 24, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1202, A15A1203.  VIREN R. PATEL v. ATLANTA PUBLIC SCHOOLS.**

Viren R. Patel filed these direct appeals from two trial court orders in a garnishment action.[1]  However, appeals in cases involving garnishment must be initiated by discretionary application filed with this Court.  OCGA § 5-6-35 (a) (4) and (b); *Maloy v. Ewing*, 226 Ga. App. 490 (486 SE2d 708) (1997).  Patel's failure to follow the required procedure deprives this Court of jurisdiction, and these appeals are accordingly DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,    03/24/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] In the record that was transmitted from the trial court to this Court, the trial court is variously identified as both the State Court of Fulton County and the Magistrate Court of Fulton County, including on forms and orders that were generated by the court itself. This Court's Deputy Clerk contacted the trial court, and confirmed that the case originated in the State Court.